UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ADELPHIA RECOVERY TRUST,               :       11 Civ. 6847 (PAC)
                                       :
                Plaintiff,     :
                                       :
         vs.                          :       **NOTICE OF**
                                       :       **APPEARANCE**
FPL GROUP, INC., et al.,               :
                                       :
                Defendants.    :
-------------------------------------------------------------x

      PLEASE TAKE NOTICE, that the undersigned hereby appears as counsel for plaintiff

Adelphia Recovery Trust in the above action.

DATED:  New York, New York
            October 11, 2011

                                                        KASOWITZ, BENSON, TORRES
                                                          & FRIEDMAN LLP

                                                          /s/Michael C. Harwood
                                                         Michael C. Harwood
                                                         (mharwood@kasowitz.com)
                                                         1633 Broadway
                                                          New York, New York 10019
                                                         (212) 506-1700

                                                         *Attorneys for Adelphia Recovery Trust*