USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ADELPHIA RECOVERY TRUST,
        Plaintiff,
-against-

FPL GROUP, INC., *et al.*,
        Defendants.

**STIPULATION**

Case No. 11-CV-6847 (PAC)

---

On September 28, 2011, Defendants served upon Plaintiff a Motion to Withdraw the Reference to the Bankruptcy Court (the "Motion"). The Motion was filed before this Court on September 29, 2011. There have been no prior requests for a scheduling order. The parties hereby stipulate and agree to the following briefing schedule:

1. On or before **November 7, 2011**, Plaintiff shall file its response to the Defendants' Motion.

2. On or before **November 22, 2011**, Defendants shall file any reply in support of their Motion.

Dated: October 11, 2011
New York, New York

KASOWITZ, BENSON, TORRES &
FRIEDMAN LLP

By: /s/ David M. Friedman
David M. Friedman
Michael C. Harwood
Joseph A. Gershman
1633 Broadway
New York, New York 10019
(212) 506-1700
dfriedman@kasowitz.com
jgershman@kasowitz.com

*Counsel for Plaintiff
Adelphia Recovery Trust*

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By: /s/ Jonathan L. Frank
George A. Zimmerman
Jonathan L. Frank
Four Times Square
New York, NY 10036
(212) 735-3000
george.zimmerman@skadden.com
jonathan.frank@skadden.com

*Counsel for the Defendants, FPL Group, Inc.
and West Boca Security, Inc.*

SO ORDERED: 11 OCT 2011

/s/ Paul A. Crotty
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE