UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/31/12

-----------------------------------------------------------X
ADELPHIA RECOVERY TRUST,

                Plaintiff,                      11 **CIVIL** 6847 (PAC)

     -against-                              **JUDGMENT**

FLP GROUP, INC., ET AL.,
                Defendants.
-----------------------------------------------------------X

Defendants having moved to withdraw reference to the Bankruptcy Court, and the matter having come before the Honorable Paul A. Crotty, United States District Judge, and the Court, on January 30, 2012, having rendered its Opinion and Order denying Defendants' motion to withdraw reference to the Bankruptcy Court, and directing the Clerk of the Court to close this motion (Dkt. No.1) and this case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 30, 2012, Defendants' motion to withdraw reference to the Bankruptcy Court is denied; the Bankruptcy Court should proceed with the reference, conduct the trial and issue proposed findings of fact and conclusions of law; accordingly, the case is closed.

Dated: New York, New York
          January 31, 2012

                                                  **RUBY J. KRAJICK**

                                                  **Clerk of Court**
                          BY:
                                                  **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____